Jay Mikal BROOKS, Plaintiff—
Appellant,

v.

BIRD, Deputy; Fitzgerald, Sargeant;
Deputy Batch, Classification Officer,
Defendants—Appellees.

No. 05–6145.

United States Court of Appeals,
Fourth Circuit.

Submitted June 23, 2005.

Decided June 29, 2005.

Jay Mikal Brooks, Appellant pro se.

Before WIDENER, MICHAEL, and
TRAXLER, Circuit Judges.

Remanded by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Jay Mikal Brooks seeks to appeal from
the district court's order dismissing his
complaint filed pursuant to 42 U.S.C.
§ 1983 (2000). The district court dis-
missed Brooks' complaint by an order en-
tered on December 9, 2004. On January
27, 2005, the district court received a letter
expressing Brooks' wish to appeal the or-
der. Brooks stated that he had been in
transit in the federal prison system and
only learned of the dismissal of his case
when he informed the district court of his
new address. He submitted that the jail
where he was originally confined did not
forward his mail.

Brooks' notice of appeal was made with-
in the period of time applicable for a deter-
mination of excusable neglect or good
cause under Fed. R.App. P. 4(a)(5), and
expressed a desire to preserve his appeal.
See Myers v. Stephenson, 781 F.2d 1036;
1038–39 (4th Cir.1986). Accordingly, we
remand this case to the district court for
the limited purpose of permitting that
court to determine whether Brooks has
shown excusable neglect or good cause
warranting an extension of time for filing a
notice of appeal. The record, as supple-

mented, then will be returned to this court for further consideration.

*REMANDED*